No. 56. EDMUNDSON ET AL. *v.* TENNESSEE EX REL. BATTLE. Sup. Ct. Tenn. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Armistead F. Clay* for petitioners. *George F. McCanless,* Attorney General of Tennessee, and *Thomas E. Fox,* Deputy Attorney General, for respondent.

No. 169. NOWELL *v.* NOWELL. Sup. Ct. Conn. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Frederick Bernays Wiener* for petitioner. *Edgar W. Bassick III* for respondent. 

No. 177. ROSENBERG ET AL. *v.* MINICHIELLO, EXECUTRIX, ET AL. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *James M. Marsh* for petitioners. *Irving I. Waxman* for respondent Stevens. 

No. 181. SHIFFLETT ET AL. *v.* MINOR ET AL. Ct. App. Md. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Richard D. Payne* for petitioners. 

No. 194. VETERANS OF THE ABRAHAM LINCOLN BRIGADE ET AL. *v.* ATTORNEY GENERAL OF THE UNITED STATES ET AL. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Leonard B. Boudin, Victor Rabinowitz,* and *David Rein* for petitioners. *Solicitor General Griswold, Assistant Attorney General Yeagley, Kevin T. Maroney,* and *Lee B. Anderson* for respondents.